# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GARDENIA D. DENNY, JEROME LEWIS, PHILLIP HUYNH, JARVIS JOHNSON, and BRANDON DOBBS, <br><br> Plaintiffs, <br><br> v. <br><br> ASBURY AUTOMOTIVE GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action File ) No. 1:11-cv-01415-WSD ) ) ) ) ) |

## JOINT MOTION TO APPROVE SETTLEMENT
## AND FOR DISMISSAL WITH PREJUDICE

Plaintiffs Gardenia Denny et al and Defendant Asbury Automotive Group, in connection with the parties' settlement in this case, hereby jointly request that this Court approve the parties' settlement and dismiss this matter with prejudice (except for Plaintiff Huynh whose claims will be dismissed without prejudice) and state as follows:

1.　On May 2, 2011, Plaintiffs Denny, Lewis, Huynh, Johnson and Dobbs filed this action seeking unpaid overtime and liquidated damages. Plaintiff Harris consented to join this action on July 26, 2011. In the Complaint, Plaintiff Denny

1

also claimed to be entitled to additional compensation for work performed for which he was never paid.

2. Defendant contends that all Plaintiffs were exempt from overtime pursuant to 29 U.S.C. § 207(i) and that Plaintiff Denny was properly paid for all of the work he performed.

3. Counsel for both parties have shared extensive information believed to support their respective positions.

4. Despite this, good faith disputes between the parties remain, including:

(a) Whether Plaintiffs were exempt from overtime pursuant to 29 U.S.C. § 207(i);

(b) The precise number of hours that each Plaintiff worked each week during the previous three year period;

(c) The method to be used to calculate unpaid wages due;

(d) The amount of work, if any, performed by Plaintiff Denny for which he was not paid;

(e) The amount of liquidated damages, if any, to which Plaintiffs might be entitled;

(f) The amount of attorney's fees, if any, to which Plaintiffs' attorneys are entitled to recover.

5. In order to settle the foregoing and all other outstanding issues, the parties have entered into a Settlement Agreement and Release which contains all of the material terms of the agreement between the parties. In order to provide the Court with the opportunity to review the terms of the agreement while maintaining the confidentiality of the settlement terms, the Settlement Agreement and Release will be presented to the Court for an *in camera* review.

6. The parties believe that the Settlement Agreement and Release is a fair and reasonable resolution of Plaintiffs' claims and that the Court should approve the Agreement.

7. The parties further agree that, upon the Court's approval of this Joint Motion, the action should be dismissed with prejudice with respect to Plaintiffs Denny, Lewis, Johnson, Dobbs and Harris and without prejudice with respect to Plaintiff Huynh.

WHEREFORE, the parties pray that the Court grant this Joint Motion to Approve Settlement and further order the dismissal of this action as set forth in the proposed Order submitted herewith.

RESPECTFULLY SUBMITTED, this 24th day of August, 2011.

By: _s/Kevin S. Little_  
Kevin S. Little  
Georgia Bar No. 454225  
BROWNSTEIN NGUYEN  
 & LITTLE LLP  
400 Colony Square, Suite 200  
1201 Peachtree Street NE  
Atlanta, GA 30361  
(404) 921-4040  
ksl@bnllawfirm.com  

Jay D. Brownstein  
Georgia Bar No. 002590  
BROWNSTEIN NGUYEN  
 & LITTLE LLP  
2010 Montreal Road  
Tucker, GA 30084  
(678) 921-0143  
jdb@bnllawfirm.com  

Attorneys for Plaintiffs

By: _s/John E. Donovan_  
John E. Donovan  
Georgia Bar No. 225775  
FISHER & PHILLIPS LLP  
1075 Peachtree Street N. E., Suite 3500  
Atlanta, GA 30309  
Telephone (404) 231-1400  
Fax (404) 240-4249  
jdonovan@laborlawyers.com  

Walter J. Kruger, III  
Georgia Bar No. 429926  
FISHER & PHILLIPS LLP  
1075 Peachtree Street N. E. Suite 3500  
 Atlanta, GA 30309  
Telephone (404) 231-1400  
Fax (404) 240-4249  
wkruger@laborlawyers.com  

Attorneys for Defendant