IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARDENIA D. DENNY, JEROME LEWIS, PHILLIP HUYNH, JARVIS JOHNSON, and BRANDON DOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>ASBURY AUTOMOTIVE GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action File<br>) No. 1:11-cv-01415-WSD<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion to Approve Settlement and for Dismissal With Prejudice, and upon the in camera review of the Settlement Agreement and Release entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the parties' Joint Motion is hereby GRANTED. Thus it is ORDERED that the referenced settlement is APPROVED and this action is hereby dismissed with prejudice as to Plaintiffs Denny, Lewis, Johnson, Dobbs and Harris and without prejudice as to Plaintiff Huynh.

This 25th day of August, 2011.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE